UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.  
TYRONE TURNER,  
        Plaintiff.

No. C 13-1059 SI (pr)

**ORDER OF DISMISSAL**

/

    This action was opened on March 7, 2013, when the court received from plaintiff a letter in which he expressed his views on his medical care and other conditions at California State Prison - Los Angeles. In an effort to protect plaintiff's rights, the matter was filed as a new action. Plaintiff was informed that he had not filed a complaint, and was given thirty days to do so. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed *in forma pauperis*, and was given thirty days to either pay the fee or file the application. A copy of the court's form *in forma pauperis* application was provided with the notice, along with a return envelope. Plaintiff did not file a complaint or file an *in forma pauperis* application or pay the fee. This action therefore is DISMISSED without prejudice. No fee is due. The clerk shall close the file.

    IT IS SO ORDERED.

Dated: April 24, 2013

                                                _____  
                                                SUSAN ILLSTON  
                                                United States District Judge