**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re. | No. C 13-1059 SI (pr) |
| TYRONE TURNER, | **JUDGMENT** |
| Plaintiff. | |
| _____/ | |

This action is dismissed without prejudice.

IT IS SO ORDERED AND ADJUDGED.

Dated: April 24, 2013               _____
                                    SUSAN ILLSTON
                                    United States District Judge