**United States District Court**
For the Northern District of California

1
2
3
4
5                 UNITED STATES DISTRICT COURT

6               NORTHERN DISTRICT OF CALIFORNIA

7

8   In Re.                                    No. C 13-1059 SI (pr)

9   TYRONE TURNER,                            **JUDGMENT**

10           Plaintiff.

11   _____/

12        This action is dismissed without prejudice.

13

14

15        IT IS SO ORDERED AND ADJUDGED.

16

17   Dated: April 24, 2013           _____
                                       SUSAN ILLSTON
18                                    United States District Judge

19
20
21
22
23
24
25
26
27
28